IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RODNEY BLOCKER                                                         PLAINTIFF

v.                      Civil No. 6:08-cv-06020

SHERIFF LARRY SANDERS;
OFFICER DIGGS; and
CAPTAIN MEL STEED,
All of the Garland County
Detention Center                                            DEFENDANTS

## JUDGMENT

For the reasons stated in the memorandum opinion entered today, the Defendants' motion for summary judgment (Doc. 20) is granted. Accordingly, it is determined that the Plaintiff should recover nothing and the Complaint (Doc. 1) should be and hereby is **DISMISSED** with prejudice.

**IT IS SO ORDERED** this **3rd day of December 2009.**

                                                                           /s/ Barry A. Bryant
                                                                           HON. BARRY A. BRYANT
                                                                           U.S. MAGISTRATE JUDGE